AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

|                          |   |                  |
|--------------------------|---|------------------|
| _____ | ) |                  |
| *Plaintiff*              | ) |                  |
| v.                       | ) | Civil Action No. |
|                          | ) |                  |
| _____ | ) |                  |
| *Defendant*              |   |                  |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on motions for

Date:  August 12, 2014

CLERK OF COURT

_____

_____
*(By) Deputy Clerk*